| | | | |
|---|---|---|---|
| Bauer v. Unemployment Compensation Bd. of Review | 04/11/2016914 MAL (2015) | Denied | |
| Coalition for Affordable Utility Services and Energy Efficiency in Pennsylvania v. Pennsylvania Public Utility Com'n . . . . . | 04/05/2016658, 659 MAL (2015) | Denied | Pa.Cmwlth., 120 A.3d 1087 |
| Coalition for Affordable Utility Services and Energy Efficiency in Pennsylvania v. Pennsylvania Public Utility Com'n . . . . . | 04/05/2016616, 617 MAL (2015) | Denied | Pa.Cmwlth., 120 A.3d 1087 |
| Donlon v. W.C.A.B. (County of Bucks) | 03/29/2016925 MAL (2015) | Denied | No. 516 CD 2015 |
| Gahring v. W.C.A.B. (R and R Builders); Stoudt Brewing Com., In re . . . | 04/04/2016946 MAL (2015) | Denied | Pa.Cmwlth., 128 A.3d 375 |
| Pennswood Manor Real Estate Associates, LLC v. Zoning Hearing Bd. of City of Scranton . . | 04/13/2016933 MAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 1200 |
| Simone v. W.C.A.B.(Com. of PA/SCI Graterford) | 04/05/2016623 EAL (2015) | Denied | |